**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Koa Dannette MACK, Defendant– Appellant.**

**No. 12–6052.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 15, 2012.

Decided: March 20, 2012.

Koa Dannette Mack, Appellant Pro Se. Ronald Andrew Bassford, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Koa Dannette Mack appeals the district court's order denying her 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence based on Amendments 706 and 750 to the *U.S. Sentencing Guidelines Manual* ("USSG") (2010). Because neither amendment has the effect of lowering Mack's applicable Guidelines range, we affirm the district court's order. *See* USSG § 1B1.10(a)(2)(B), p.s. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*